## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT MARTINSBURG

**ROBERT C. SHROUT,**
            **Petitioner,**

**v.**                                    **CIVIL ACTION NO.  1:03CV239**
                                         **(BROADWATER)**

**UNITED STATES OF AMERICA,**
            **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day  the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge John S. Kaull, dated April 25, 2005.  The petitioner was granted an extension to  file objections to the Report and filed his objections on June 9, 2005.  In the interests of justice and in accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review. After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation **(Docket # 9)** should be and is hereby **ORDERED** adopted.

The Court further **ORDERS** that the petition of the petitioner be **DENIED and DISMISSED WITH PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report and Recommendation.  It is further **ORDERED** that this action be and is hereby **STRICKEN** from the active docket of this Court.   Defendant's Motion for Status **(Docket # 12)** and Motion to Amend/Correct Petition **(Docket # 15)** are **DENIED** as being moot.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

**DATED**  this **13**th  day of October, 2005.


**W. CRAIG BROADWATER**
**UNITED STATES DISTRICT JUDGE**